**FILED**

09/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0577

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0577

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

RUSSELL KORTAN,

     Defendant and Appellant.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause was classified for submission on briefs to a five-justice panel of this Court on August 17, 2022.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Katherine M. Bidegaray, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 30 2022